**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 22-6331**
_____

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

   v.

TRENT JERROD DANIELS,

        Defendant - Appellant.

_____

Appeal from the United States District Court for the District of South Carolina, at Columbia.  J. Michelle Childs, District Judge.  (3:18-cr-00873-JMC-1)

_____

Submitted:  October 18, 2022                   Decided:  October 21, 2022

_____

Before WYNN and THACKER, Circuit Judges, and FLOYD, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Trent Jerrod Daniels, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Trent Jerrod Daniels appeals the district court's order denying his 18 U.S.C. § 3582(c)(1)(A) motion for compassionate release.  We review a district court's order granting or denying a compassionate release motion for abuse of discretion.  *United States v. Kibble*, 992 F.3d 326, 329 (4th Cir.) (stating standard of review), *cert. denied*, 142 S. Ct. 383 (2021).  We have reviewed the record and conclude that the district court did not abuse its discretion in analyzing the relevant 18 U.S.C. § 3553(a) factors.  *See United States v. High*, 997 F.3d 181, 189 (4th Cir. 2021) (affirming district court's order denying compassionate release where "[t]he court's rationale . . . was both rational and legitimate under [18 U.S.C. § 3553(a)]" and "the court sufficiently explained its denial to allow for meaningful appellate review" (internal quotation marks omitted)).  We therefore affirm the district court's order.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*